| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | PHILLIP A. TALBERT<br>United States Attorney<br>ADRIAN T. KINSELLA<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America |

**FILED**
Nov 17, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>A BLACK APPLE IPHONE 15 CELL PHONE, MODEL NUMBER A2846, SEIZED FROM THE PERSON OF JEREMIAH JEFFERSON ON NOVEMBER 1, 2023, CURRENTLY LOCATED IN EVIDENCE STORAGE AT 2001 FREEDOM WAY, ROSEVILLE, CA 95678 | CASE NO. 2:23-sw-1170 KJN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 11/17/23

_Kendall J. Newman_
Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE